```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MTB INC., a California corporation,<br><br>　　　　Defendant. | NO. C 06 2552 MHP<br><br>NOTICE OF<br>VOLUNTARY DISMISSAL |

　　　　Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing a Case Management Conference set for February 12, 2007 at 4:00 p.m. in Courtroom No. 15, 18th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:　　February 12, 2007

　　　　　　　　　　　　　　　　　　ERSKINE & TULLEY

　　　　　　　　　　　　　　　　　　By:/s/Michael J. Carroll
　　　　　　　　　　　　　　　　　　　　Michael J. Carroll
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

IT IS SO ORDERED
Judge Marilyn H. Patel
2/14/2007

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On February 12, 2007 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

**Maria Barberini**
**MTB, Inc.**
**9575 Main Street**
**Penngrove, CA 94951**

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2007 at San Francisco, California.

                                          /s/Sharon Eastman
                                            Sharon Eastman